IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIDNEY PETERSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 08 CV ____ |
| -vs- | ) | |
| | ) | *(jury demand)* |
| CITY OF CHICAGO, P.O. ROGERS #3836, | ) | |
| P.O. STANEK, P.O. MALKOWSKI, P.O. SADIAK, | ) | FILED: MAY 15, 2008 |
| SGT. LITTLE, P.O. O'BRIAN, P.O. McGHEE, | ) | 08CV2846   RCC |
| P.O. P. SANDOVAL #3927, and | ) | JUDGE LINDBERG |
| P.O. O. SERRANO, #2792, | ) | MAGISTRATE JUDGE SCHENKIER |
| | ) | |
| *Defendants.* | ) | |

# COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983.  The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Sidney Peterson is a resident of the Northern District of Illinois.

3. Defendants Rogers #3836, Stanek, Malkowski, Sadiak, Sgt. Little, O'Brian, McGhee, P. Sandoval #3927, and Serrano, #2792, were at all times relevant acting under color of their authority as police officers of the City of Chicago; each is sued in his individual capacity.

4. Defendant City of Chicago is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367.

5. On May 16, 2007, defendants Sandoval and Serrano arrested  plaintiff.

6.  Neither defendant Sandoval nor defendant Serrano had a lawful basis to arrest plaintiff.

7.  One or more of defendants Rogers #3836, Stanek, Malkowski, Sadiak, Sgt. Little, O'Brian, McGhee prepared official police reports which conveyed the false impression that plaintiff had committed various offenses; the officers intended that these reports cause plaintiff to be arrested, and defendants Sandoval and Serrano relied on these reports to arrest plaintiff.

8.  Thereafter, one or more of defendants Rogers #3836, Stanek, Malkowski, Sadiak, Sgt. Little, O'Brian, McGhee, acting without probable cause, caused plaintiff to be prosecuted for various offenses.

9.  As a result of defendants' wrongful acts, plaintiff remained in custody from on or about May 16, 2006 until on or about June 6, 2007, when he was found not guilty of the above referred offenses.

10. The above described actions of defendants Rogers #3836, Stanek, Malkowski, Sadiak, Sgt. Little, O'Brian, McGhee, P. Sandoval #3927, and Serrano, #2792 caused plaintiff to be subjected to a false arrest and to a malicious prosecution, contrary to rights secured by the Fourth Amendment.

11. The above described actions of Chicago police officers, for which the City of Chicago is responsible under the doctrine of respondeat superior, constitute the Illinois tort of malicious prosecution.

12. As a result of defendants' wrongful acts, plaintiff was falsely arrested, deprived of his liberty, and subjected to severe emotional distress.

13.    Plaintiff demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants jointly and severally in an amount in excess of one hundred thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*