MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-30-2008
JUL 30 2008
Judge George W. Lindberg
United States District Court

| | |
|---|---|
| SIDNEY PETERSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 2846 |
| P.O. ROGERS #3836, P.O. STANEK, P.O. MALKOWSKI, P.O. SADIAK, SGT. LITTLE, P.O. O'BRIEN, P.O. MCGHEE, P.O. P. SANDOVAL, P.O. O. SERRANO and the CITY OF CHICAGO, | ) Judge Lindberg ) ) Magistrate Judge Schenkier |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Kenneth N. Flaxman
Attorney for plaintiff,
Sidney Peterson
200 S. Michigan Ave., Suite 1240
Chicago, Illinois 60604
(312) 427-3200
Attorney No. 0830399
DATE: 7/14/08

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
DATE: _____

08 C 2846