# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2846 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Sidney Peterson vs. P.O. Rogers, et al. | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that this action is dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. Enter Agreed Order of Dismissal. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|